THIS OPINION HAS NO
 PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY
 PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In the Court of Appeals

 
 
 
 The State, Respondent,
 
 
 

v.

 
 
 
 Jesse Winfrey, Appellant.
 
 
 

Appeal from Beaufort County
J. Cordell Maddox, Jr., Circuit Court Judge

Unpublished Opinion No. 2008-UP-147
Submitted March 3, 2008  Filed March 6, 2008    
 

APPEAL DISMISSED

 
 
 
 Chief
 Attorney Joseph L. Savitz, III, of Columbia, for Appellant.
 Teresa A. Knox, of Columbia, for Respondent.
 
 
 

PER
 CURIAM:  Jesse Winfrey appeals the revocation of his
 probation.  Winfrey contends the plea court erred in revoking his probation
 because his parole agent was not an attorney but presented the States case.  After a thorough review of the record and counsels
 brief pursuant to Anders v. California, 386 U.S. 738 (1967), and State
 v. Williams, 305 S.C. 116, 406 S.E.2d 357 (1991), we dismiss[1] Winfreys appeal and grant counsels motion to be relieved. 
 
APPEAL DISMISSED.
ANDERSON, SHORT, and THOMAS, JJ., concur.

[1] We decide this case without oral argument pursuant to
 Rule 215, SCACR.